# United States Court of Appeals
## For the First Circuit

No. 98-1567
No. 99-1111

UNITED STATES OF AMERICA,

Appellee,

v.

ANTHONY M. SHEA,

Defendant, Appellant.

_____

No. 98-1568
No. 99-1110

UNITED STATES OF AMERICA,

Appellee,

v.

MICHAEL K. O'HALLORAN

Defendant, Appellant.

_____

No. 98-1569
No. 99-2009

UNITED STATES OF AMERICA,

Appellee,

v.

PATRICK J. McGONAGLE,

Defendant, Appellant.

_____

```
                    _____

No. 98-1570
No. 99-1109

                 UNITED STATES OF AMERICA,

                         Appellee,

                            v.

                   STEPHEN G. BURKE,

                  Defendant, Appellant.
                    _____

No. 98-1767
No. 99-1204

                 UNITED STATES OF AMERICA,

                         Appellee,

                            v.

                   MATTHEW McDONALD,

                  Defendant, Appellant.
                    _____

                         ERRATA
```

        The opinion of this Court, issued on May 2, 2000, should be
amended as follows:

        On page 17, line 9 down, insert "thus" between "and" and "failed".